IN RE: GODDARD                                                        CASE NO. 04-19322 "B"

Claim 000006, Payment 113.56%                    **BANK OF AMERICA, N.A.**          CHECK NUMBER
Lonnie's Autosound-Advertising

Barbara Rivera-Fulton, Trustee          32-1/1110 TX                                   **1028**
P.O. BOX 19980                                 0
New Orleans, LA 70179                        DATE            AMOUNT

                                            04/28/10       *********412.26

1827049

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 04-19322   B | Debtor: GODDARD, LONNIE J |
| | Joint Debtor: GODDARD, DAWN C |

United States Bankruptcy Court            *Four Hundred Twelve Dollars And 26/100*
Eastern District of LA
500 Poydras B-601
New Orleans, LA 70130

                                          Barbara Rivera-Fulton
                                          RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
⑂⑂0010 28⑂⑂ ⑆111000012⑆ 4437395449⑂⑂       THIS CHECK VOID AFTER 90 DAYS

                                          6/2/10
                                          DEPOSITED TO TREASURY
                                          UNCLAIMED - 6047BK
UNITED STATES                             DUE: LONNIE'S AUTOSOUND
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227199      - KF

June 02, 2010
   15:44:55


TREASURY REGFUND
   04-19322
Debtor.: LONNIE J. GODDARD
Trustee: Barbara Rivera-Fulton
Amount.:          $412.26 CH
Check#.: 1028


Total-> $412.26


FROM: FULTON

**Barbara Rivera-Fulton**
Chapter 7 Trustee
(504) 861-9200

P.O. Box 19980
New Orleans, Louisiana 70179

June 1, 2010

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

    RE:    **LONNIE J GODDARD & DAWN C GODDARD, USBC No. 04-19322 B**

Dear Clerk:

Enclosed please find a check payable to the U. S. Bankruptcy Court for $412.26 drawn on the account for the above bankruptcy estate which represents a creditor's dividend in the above-captioned case. The creditor has apparently moved and left no forwarding address.

Accordingly, I ask that you please deposit the funds in the registry of the court as per 11 U.S.C. §347(a).

Very truly yours,

*Barbara Rivera-Fulton*

**Barbara Rivera-Fulton**
**Chapter 7 Trustee**

enclosure