GODDARD, LONNIE & DAWN
Audio Dynamic Designs
Claim No. 9 Payment 113.46%

04-19322

**BANK OF AMERICA, N.A.**   CHECK NUMBER
**1031**

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

32-1/1110 TX
0

| DATE | AMOUNT |
|---|---|
| 11/08/10 | *******1,404.88 |

**1827361**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 04-19322   B | Debtor: GODDARD, LONNIE J<br>Joint Debtor: GODDARD, DAWN C |

United States Bankruptcy Court
Eastern District of LA
500 Poydras Street- B-601
New Orleans, LA 70130

*One Thousand Four Hundred Four Dollars And 88/100*

*Barbara Rivera-Fulton*
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001031⑈ ⑆111000012⑆ 4437395449⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 227855     - JN
* * C O P Y * *
November 09, 2010
14:45:07

TREASURY REGFUND
04-19322
Debtor.: LONNIE J. GODDARD
Trustee: Barbara Rivera-Fulton
Amount.:          $1,404.88 CH
Check#.: 1031

Total->   $1,404.88

FROM: RIVERA-FULTON

11/9/10
Deposit to 6047BK, treasury Account

Due:
AudioDynamic Designs

cv.
BK#15

**Barbara Rivera-Fulton**
Chapter 7 Trustee
(504) 861-9200

P.O. Box 19980
New Orleans, Louisiana 70179

November 8, 2010

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

RE: GODDARD, LONNIE J & GODDARD, DAWN C, USBC No. 04-19322 B

Dear Clerk:

Enclosed please find a check payable to the U. S. Bankruptcy Court for $1,404.88 drawn on the account for the above bankruptcy estate which represents a payment issued to Audio Dynamic Designs (No account number given by creditor on its proof of claim). Creditor has apparently moved and left no forwarding address.

Accordingly, I ask that you please deposit the funds in the registry of the court as per 11 U.S.C. §347(a).

Very truly yours,

*Barbara Rivera-Fulton*

**Barbara Rivera-Fulton**
**Chapter 7 Trustee**

enclosure