IN RE: GODDARD                                    CASE NO. 04-19322

Acct. 4435-4893-0022-1464                         **BANK OF AMERICA, N.A.**            CHECK NUMBER
Claim No. 10- Fleet Credit Card Services
                      Barbara Rivera-Fulton, Trustee       32-1/1110 TX                    **1032**
                      P.O. BOX 19980                       0
                      New Orleans, LA 70179                      DATE           AMOUNT

                                                              01/08/11        *******3,539.17

**1827392**                    | CASE NUMBER |                ESTATE OF                |
PAY TO THE ORDER OF            | 04-19322  B | Debtor: GODDARD, LONNIE J               |
                               |             | Joint Debtor: GODDARD, DAWN C           |

United States Bankruptcy Court      *Three Thousand Five Hundred Thirty Nine Dollars And 17/100*
500 Poydras St. B-601
New Orleans, LA 70130

                                                    *Barbara Rivera Fulton*
                                                    RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
                                                    THIS CHECK VOID AFTER 90 DAYS

⑈001032⑈ ⑆111000012⑆ 4437395449⑈

                                   1/12/11
                                   DEPOSITED TO TREASURY
                                   UNCLAIMED 6047BK.
                                   DUE: FLEET CARD SERVICES

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228084      - GD
* * C O P Y * *
January 12, 2011
   12:41:27


TREASURY REGFUND
   04-19322
Debtor.: LONNIE J. GODDARD
Trustee: Barbara Rivera-Fulton
Amount.:         $3,539.17 CH
Check#.: 1032


Total->   $3,539.17


FROM: BARBARA RIVERA FULTON
```

**Barbara Rivera-Fulton**
Chapter 7 Trustee
(504) 861-9200

P.O. Box 19980
New Orleans, Louisiana 70179

---

January 8, 2011

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130



RE:   **GODDARD, LONNIE J & GODDARD, DAWN C, USBC No. 04-19322 B**

Dear Clerk:

Enclosed please find a check payable to the U. S. Bankruptcy Court for $3,539.17 drawn on the account for the above bankruptcy estate which represents the debtor's reimbursement of funds issued to Fleet Credit Card Services- Claim No. 10, Acct. 4435-4893-0022-1464. Creditor did not cash the check within the 90 days allowed.

Accordingly, I ask that you please deposit the funds in the registry of the court as per 11 U.S.C. §347(a).

Very truly yours,

*Barbara Rivera-Fulton*

**Barbara Rivera-Fulton**
**Chapter 7 Trustee**

enclosure