UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE GODDARD, LONNIE & DAWN   BANKRUPTCY CASE NO. 04-19322

Debtor(s) AUDIO DYNAMIC DESIGN   CHAPTER 7

MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I, SOHRAB NOORIAN, the undersigned claimant, move the court for an order disbursing the funds on deposit in this estate for the following reasons:

1. On NOV. 10, 2010, the trustee of this estate deposited the sum of $104.88 belonging to AUDIO DYNAMIC DESIGN, with the Clerk of the Bankruptcy Court under 11 U.S.C. § 347(a).

2. I seek payment of these unclaimed funds to Claimant Name: AUDIO DYNAMIC DESIGN at the following address: 301 GONYO RICHMOND TX 77469.

3. I have provided the United States Attorney for the Eastern District of Louisiana with a copy of this motion.

4. I state under penalty of perjury that I am legally entitled to claim these amounts for whom the unclaimed funds were deposited in this bankruptcy case. I certify that, to the best of my knowledge, all information and documents submitted in support of this motion are true and correct.

11-05-11   Signature:
Claimant Name:
Mailing Address:
City, State, Zip Code:
Telephone Number:
Email (If filed electroncially)

Subscribed and Sworn Before Me this 05th day of November, 2011.

Notary Public in and for the State of TEXAS
My commission expires September 26, 2014


KAMLESH J. PATEL
MY COMMISSION EXPIRES
September 26, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE                                    BANKRUPTCY CASE NO.

Debtor(s)                                CHAPTER

### CERTIFICATE OF SERVICE

I, **SOHRAB NOORIAN** certify that on **11-09-10** a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the United States Attorney Office, c/o Hale Boggs Building, 500 Poydras Street, Suite 210-B, New Orleans, Louisiana, 70130 by first class mail, postage prepaid.

Signature: _[signed]_

Claimant Name:
Mailing Address:       **11-05-11**
City, State, Zip Code:
Telephone Number:
Email (If filed electroncially)